**Opinion filed September 17, 2015**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-15-00152-CV & 11-15-00171-CV

_____

## KENT R. OHLHAUSEN, Appellant

## V.

## CAPITAL ONE BANK (USA), N.A., Appellee

**On Appeal from the County Court at Law No. 2**
**Taylor County, Texas**
**Trial Court Cause Nos. 5324 & 5414**

### M E M O R A N D U M   O P I N I O N

Appellant, Kent R. Ohlhausen, has filed in both causes in this court a motion to dismiss his appeal. In the motions, Appellant states that the parties "have now settled these disputes," and he requests that we dismiss these appeals. *See* TEX. R. APP. P. 42.1(a)(1).

The motions are granted, and the appeals are dismissed.

September 17, 2015                                                    PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.